1   PHILLIP A. TALBERT
    United States Attorney
2   PETER K. THOMPSON
    Acting Regional Chief Counsel
3   DANIEL P. TALBERT
    Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (510) 970-4860
6        Facsimile: (415) 744-0134
    Attorneys for Defendant
7

8

9

10                       UNITED STATES DISTRICT COURT

11                       EASTERN DISTRICT OF CALIFORNIA

12                            FRESNO DIVISION

13

14   SHEILA NKEM,                            No.  1:20-cv-00416-EPG

15              Plaintiff,

16   v.                                      STIPULATION AND ORDER TO REMAND
                                             PURSUANT TO SENTENCE FOUR OF 42
17   KILOLO KIJAKAZI,                        U.S.C. § 405(g)
     Acting Commissioner of Social Security,
18
                Defendant.[1]
19

20

21        The parties stipulate, subject to the approval of the Court, that this action shall be

22   remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social

23   Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  Upon remand, the Appeals Council

24   will remand the case to an administrative law judge for a new hearing and a new decision.  The

25   _____

26   [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant
     to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted,
27   therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to
     continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
28   U.S.C. § 405(g).

1   parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against

2   Defendant.

3

4                                                Respectfully submitted,

5   DATE: February 4, 2022            *s/ Jonathan Pena*
6                                                JONATHAN PENA
                                                 Attorney for Plaintiff
7                                                (authorized via email)

8

9                                                PHILLIP A. TALBERT
                                                 United States Attorney
10

11  DATE: February 4, 2022      By    *s/ Daniel P. Talbert*
                                                 DANIEL P. TALBERT
12                                               Special Assistant United States Attorney

13                                               Attorneys for Defendant

14

15                              **ORDER**

16        Based upon the parties' stipulation (ECF No. 27), IT IS HEREBY ORDERED that the

17  above-captioned action is remanded to the Commissioner of Social Security for further

18  proceedings consistent with the terms of the stipulation. The Clerk of the Court is directed to

19  enter a judgment in favor of Plaintiff and against Defendant.

20

21  IT IS SO ORDERED.

22    Dated:   **February 7, 2022**            /s/ *Erica P. Grosjean*

23                                               UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28